Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RUDOLF ERB and CHRISTA ERB, CESARE DE : 07 CV 11495
IULIIS and MIRTA BEATRICE MANDOLINO, : 07 CV _____ (TPG)
EDUARDO HECTOR SUSANA ALICIA COSTA, :
DIEGO MARCOS SORROCHE and VERONICA :
SORROCHE, SILVIA BEATRIZ OVEJERO and :
DAVID DE LAFUENTE AND JOSE L. PELUSO, : **RULE 7.1 STATEMENT**
:
                    Plaintiffs, :
:
        -against- :
:
THE REPUBLIC OF ARGENTINA, :
:
                    Defendant. :
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

      None.

Dated: New York, New York
      December 20, 2007

**DREIER LLP**

By: _____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*