# United States District Court

SOUTHERN                DISTRICT OF     NEW YORK

RUDOLF ERB and CHRISTA ERB, CESARE DE
IULIIS and MIRTA BEATRICE MANDOLINO,
EDUARDO HECTOR SUSANA ALICIA
COSTA, DIEGO MARCOS SORROCHE and
VERONICA SORROCHE, SILVIA BEATRIZ
OVEJERO and DAVID DE LAFUENTE AND
JOSE L. PELUSO,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

07 CV 11495

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

To:    (name and address of Defendants)

The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York 10170


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the amended complaint.

J. MICHAEL McMAHON        DEC 2 1 2007
CLERK  /s/ Marcos Quintero        DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs*

STATE OF NEW YORK    )
                     ):ss:
COUNTY OF NEW YORK   )

ERIC PULSIPHER, being duly sworn, deposes and says:

I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On December 27, 2007, I caused to be served by hand delivery true copies of the foregoing *Summons and Complaint, Civil Cover Sheet, and Rule 7.1 Statement* on The Republic of Argentina by hand delivering same to Mr. Roberto Barrientos, a vice-president of Banco de la Nacion Argentina, located at 225 Park Avenue, 3rd Floor, New York, New York 10170, who represented to me that he is authorized to accept service on behalf of The Republic of Argentina.

Eric Pulsipher

Sworn to before me this
27th day of December, 2007

_____
Notary Public

Karen C. Joseph
Notary Public, State of New York
No. 01JO5054719
Qualified in Nassau County
Comm Expires January 22, 2010

{00315987.DOC;}