UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RUDOLPH ERB et al.,

                     Plaintiffs,

                - against -

THE REPUBLIC OF ARGENTINA,

                     Defendant.

------------------------------------------------------------------------ X

07 Civ. 11495 (TPG)

CERTIFICATE OF
SERVICE

       I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for The Republic of Argentina, hereby certify that:

       1.  On the 25th day of February 2008, the Answer of Defendant was served by First Class Mail upon:

> Joel A. Chernov, Esq.
> Dreier LLP
> 499 Park Avenue
> New York, NY  10022

       2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
            February 27, 2008

                                                      /s/Andrew M. Scott
                                                          Andrew M. Scott