Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RUDOLF ERB, et al.,

                    Plaintiff,

          - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.
------------------------------------------------------------------x

:    07 CV 11495 (TPG)
:
:
:    **DECLARATION OF**
:    **RUDOLF ERB**
:    **IN SUPPORT OF MOTION**
:    **FOR SUMMARY JUDGMENT**
:
:
:
:

RUDOLF ERB declares under penalty of perjury as follows:

      1.     I am citizen of Germany and plaintiff in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

      2.     As set forth in the Complaint, it cannot be disputed that (i) my wife Christa Erb and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

X 551

3.    My wife Christa Erb and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $41,000 having the ISIN No. US040114FC91 and CUSIP No. 040114FC9, before December 21, 2001.

4.    Further, my wife and I also acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "1993 Fiscal Agency Agreement"),[2] in the aggregated principal amount of $20,000 having the ISIN No. US040114AH34 and CUSIP No. 040114AH3 (the "2003 Bonds").

5.    The Bonds and the 2003 Bonds are deposited under the name of our bank, Direktanlage at AG, and have been booked electronically by Direktanlage at AG in our name.  A copy of our most recent account statement, as of March 28, 2008, is annexed hereto as Exhibit 1.  That statement indisputably shows that we continue to own the Bonds and the 2003 Bonds.

6.    Notwithstanding its payment obligations under the Bonds and the 2003 Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds and the 2003 Bonds.

7.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1993 Fiscal Agency Agreement and the 1994 Fiscal Agency Agreement.

---

[1]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.
[2]    A copy of the 1993 Fiscal Agency Agreement and Exhibit 1 are annexed to the Complaint as Exhibits B and C, respectively.

8.  Pursuant to the "Form of the Global Bond," which is annexed as Exhibit 1 to the 1993 Fiscal Agency Agreement (the "1993 Bond Form"), the following, *inter alia*, are defined as "Events of Default:"

(a)  the Republic fails to pay any principal of any of the Bonds when due and payable or fails to pay any interest on any of the Bonds when due and payable and such failure continues for a period of 30 days; or

(d)  a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

1993 Bond Form at pp. 7-8.

9.  The 1993 Bond Form further provides that following either of the foregoing Events of Default, a note holder, such as myself, may give Argentina written notice and declare "the principal amount of the Bonds to be due and payable immediately," together with all accrued interest. *See* 1993 Bond Form at p. 8.

10.  In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)  Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

11.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

12.    By letters dated December 19, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the 2003 Bonds and the Bonds to be due and payable. Copies of these letters are annexed hereto as Exhibits 2 and 3.

13.    Since then, Argentina has failed to make any payment of principal or interest to my wife and me.

14.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 1⁸, 2008

RUDOLF ERB

# EXHIBIT 1

X 551

```
direktanlage.at AG                    Depotauszug klein
Filiale Bregenz                       Auszug-Nr. 0/2008
Rathausstraße 11                      Depot-Nr.: 65816606000
6900 Bregenz                          Rudolf/Christa Erb

                                      44/9865
                                      direktanlage.at AG Fil. B


        An
        Rudolf/Christa Erb
        Nikolaus-Lenau-Straße 8
        83071 Haidholzen
        Deutschland
```

**AUFSTELLUNG per 28.3.2008   13:22 Uhr**
Standardverrechnungskto.: 65016606005 EUR

| Kenn-Nr. Menge | | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| US040114AH34 | | | | 3.706 |
| 20.000 USD | WR | ARGENTINIEN, REPUBLIK<br>DL-BONDS 1993(03)<br>aktueller Zinssatz: 8,375%<br>Loco: Luxembourg | 29,25%<br>(27.3.2008) | |
| US040114FC91 | | | | 7.987 |
| 41.000 USD | WR | ARGENTINIEN, REPUBLIK<br>DL-BONDS 2000(10)<br>Kup. 15.9.2008/HBJ bis 15.3.2010<br>aktueller Zinssatz: 11,375%<br>Loco: München | 30,75%<br>(27.3.2008) | |

verwendete(r) Devisenkurs(e)     USD   1,5786
(27.3.2008)

**SUMMENAUFSTELLUNG**

| Positionen | | Anteil in % | Kurswerte EUR |
|---|---|---|---|
| 2 | Anleihen Ausland | 100,00 | 11.693 |
| 2 | **GESAMT** | | 11.693 |
| | | | 11.693 |

direktanlage.at AG
Elisabethstrasse 22
5020 Salzburg

ppa. Jürgen Mütina     ppa. Michael Pilz

28.3.2008

*X 551*

Direktanlage.at AG
Bregenz Branch
Rathausstrabe 11
6900 Bregenz

**Portfolio Extract**
Extract No.: 0/2008
Portfolio No.: 65816606000
Rudolf / Christa Erb

44/9865
Direktanlage.at AG - Bregenz Branch

To
Rudolf / Christa Erb
Nikolaus-Lenau-Strabe 8
83071 Haidholzen
Germany

### STATEMENT as of March 28th, 2008 – 1:22 PM
Standard clearing account: 65016606005 EUR

| Code Number | Amount. | Denomination | Rate | Market price **EUR** |
|---|---|---|---|---|
| US040114AG34 | **20,000** US$ WR | **Argentine Rep.** DL-Bonds 1993(03) Present interest rate: 8.375% Loc.: Luxemburg | 29.25% (03.27.2008) | **3,706** |
| US040114FC91 | **41,000** US$ WR | **Argentine Rep.** DL-Bonds 2000(10) Coup.09.15.2008/sem. until 03.15.2010 Present interest rate: 11.375% Loc.: Munich | 30.75% (03.27.2008) | **7,987** |

Exchange rate applied US$ 1.5786
(03.27.2008)

### AMOUNTS STATEMENT

| Positions | | Share in % | Market prices EUR |
|---|---|---|---|
| 2 | loans  foreign countries | 100.00% | 11,693 |
| **2** | **TOTAL** | | **11,693** |

*Seal and Signatures*

03.28.2008

Page 1

# EXHIBIT 2

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn.  Mr. Stan Burg

Re:     **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our clients, Rudolf Erb and Christa Erb (together, "Erb").

Erb is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "Fiscal Agency Agreement"). In particular, Erb is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 20,000 | US040114AH34 |

Pursuant to pages 7 and 8 of the "Form of the Global Bond", which is annexed as Exhibit 1 to the Fiscal Agency Agreement, we hereby provide the Republic with notice that Erb declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Erb.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles  ·  Stamford  ·  Albany
www.dreierllp.com

{00314664.DOC;}

# EXHIBIT 3

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

> Re:    **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our clients, Rudolf Erb and Christa Erb (together, "Erb").

Erb is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Erb is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 41,000 | US040114FC91 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Erb declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Erb.

Very truly yours,

*Cara S. Mittleman*

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles  ·  Stamford  ·  Albany
www.dreierllp.com

{00314665.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                              :

RUDOLF ERB, et al.,                   :  07 CV 11495 (TPG)
             Plaintiff,      :

                              :  **DECLARATION OF**
     - against -          :  **JOSE L. PELUSO**
                              :  **IN SUPPORT OF MOTION**
THE REPUBLIC OF ARGENTINA,  :  **FOR SUMMARY JUDGMENT**
                              :

               Defendant.     :
------------------------------------------------------------------------x

      JOSE L. PELUSO declares under penalty of perjury as follows:

      1.     I am citizen of the Republic of Argentina ("Argentina") and plaintiff in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

      2.     As set forth in the Complaint, it cannot be disputed that (i) I own the bonds upon which I have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) I provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.      On September 15, 1998, I acquired $93,000 in bonds (ISIN No. XS0043120236) (the "FRB Bonds") issued by Argentina pursuant to the Floating Rate and Bond Exchange Agreement dated December 6, 1992 (the "FRB Agreement"[1]).

4.      Between August 17, 2001 and November 29, 2001, I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[2] in the aggregated principal amount of $230,000 having the ISIN No. US040114AR16 and CUSIP No. 040114AR1.

5.      The FRB Bonds and the Bonds are deposited under the name of my bank, UBS, and have been booked electronically by UBS in my name.  A copy of my most recent account statement, as of February 2008, is annexed hereto as Exhibit 1.  That statement indisputably shows that I continue to own the FRB Bonds, and the Bonds.

6.      Notwithstanding its payment obligations under the FRB Bonds and the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the FRB Bonds and the Bonds.  Prior to that declaration, Argentina had made payments with respect to the FRB Bonds and I am now owed $52,080 with respect thereto.

7.      Since December 2001, Argentina has failed to make the following payments in connection with the FRB Bonds: March 31, 2002 - $7,440, September 30, 2002 - $7,440, March 31, 2003 - $7,440, September 30, 2003 - $7,440, March 31, 2004 - $7,440, September 30, 2004 - $7,440 and March 31, 2005 - $7,440.

8.      The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

9.      In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

---

[1]    A copy of the FRB Agreement and its Exhibits are annexed to the Complaint as Exhibits D and E, respectively.

[2]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

10.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

11.    By letter dated December 19, 2007, I provided Argentina with written notice that I was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

12.    Since then, Argentina has failed to make any payment of principal or interest to me.

13.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 17, 2008

JOSE L. PELUSO

# EXHIBIT 1

X 553

# UBS

UBS International Inc.
550 BILTMORE WAY
P.O. BOX 14-9051
CORAL GABLES FL 33114-9051

AFG600029413 1 0208 X1 FL  0

# International RMA
February 2008

**Account name:** MR JOSE L PELUSO

**Friendly account name:** 02 Pel

**Account number:** FL  20888 C2

**Universal ID:** 804827210 0M

**Your Financial Advisor:**
JA/JLC/INVESTMENT HOLDING
Phone: 305-448-5444/800-327-0181

**Visit our website:**
www.ubs.com/international

043488 B604B013 100000 EDG
MR JOSE L PELUSO
AV JUAN B ALBERDI 2430 4TH
FLOOR (1406)
BUENOS AIRES ARGENTINA

## Value of your account

|  | on January 31 ($) | on February 29 ($) |
|---|---|---|
|  |  |  |

# UBS

## Your assets (continued)

## Fixed income

## Corporate bonds and notes

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. The cost basis for zero coupon corporate bonds has not been automatically adjusted to reflect accrued original-issue discount. As a result, gains and losses are not shown.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Cost basis ($) | Price on Feb 29 ($) | Value on Feb 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ARGENTINA FR8 (BEAR) US FACTOR 0.56000000000 RATE 02.125% MATURES 03/29/05 CURRENT PAR VALUE    52,080 | | 93,000.000 | | | | | | |
| ARGENTINA GLOBAL BD B/E FOREIGN SECURITY RATE 11.375% MATURES 01/30/17 DEFAULTED Moody: Ca    S&P: D | | 230,000.000 | | —This information was unavailable— | 32.795 | 75,428.50 | | |
| **Total** | | **$323,000.000** | | | | **$75,428.50** | | |

# EXHIBIT 2

# DREIER LLP

**ATTORNEYS AT LAW**

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

> Re:    **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, Jose L. Peluso.

Mr. Peluso is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Mr. Peluso is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 230,000 | US040114AR16 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Mr. Peluso declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Mr. Peluso.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles  ·  Stamford  ·  Albany
www.dreierllp.com

{00314668.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

RUDOLF ERB, et al.,

                        Plaintiff,

           - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.

-------------------------------------------------------------------x

:   07 CV 11495 (TPG)
:
:
:   **DECLARATION OF**
:   **SILVIA BEATRIZ OVEJERO**
:   **IN SUPPORT OF MOTION**
:   **FOR SUMMARY JUDGMENT**
:
:
:

SILVIA BEATRIZ OVEJERO declares under penalty of perjury as follows:

1.     I am citizen of the Republic of Argentina ("Argentina") and plaintiff in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

2.     As set forth in the Complaint, it cannot be disputed that (i) my son David de Lafuente and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.     My son David de Lafuente and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994

XX 552

Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$155,000 having ISIN No. US040114AN02 and CUSIP No. 040114AN0; (ii)$55,000 having ISIN No. US040114BE93 and CUSIP No. 040114BE9; and (iii)$405,000 having ISIN No. US040114GG96 and CUSIP No. 040114GG9, before December 31, 2001.

4.      Further, my son and I also acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "1993 Fiscal Agency Agreement"),[2] in the aggregated principal amount of $30,000 having the ISIN No. US040114AH34 and CUSIP No. 040114AH3 (the "2003 Bonds"), before December 31, 2001.

5.      In addition, in November 2007, my son and I acquired the Bonds issued by Argentina pursuant to the 1994 Fiscal Agency Agreement, in the aggregated principal amount of $51,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7.

6.      The Bonds and the 2003 Bonds are deposited under the name of our three brokers, UBS Financial Services Inc., Merrill Lynch and Lehman Brothers, and have been booked electronically by UBS Financial Services Inc., Merrill Lynch and Lehman Brothers in our name. Copies of our three most recent account statements, all of them as of March 31, 2008, are annexed hereto as Exhibits 1, 2 and 3. Those statements indisputably show that we continue to own the Bonds and the 2003 Bonds.

7.      Notwithstanding its payment obligations under the Bonds and the 2003 Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds and the 2003 Bonds.

8.      The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1993 Fiscal Agency Agreement and the 1994 Fiscal Agency Agreement.

---

[1]   A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.
[2]   A copy of the 1993 Fiscal Agency Agreement and Exhibit 1 are annexed to the Complaint as Exhibits B and C, respectively.

X 552

9.    Pursuant to the "Form of the Global Bond," which is annexed as Exhibit 1 to the 1993 Fiscal Agency Agreement (the "1993 Bond Form"), the following, *inter alia*, are defined as "Events of Default:"

(a)    the Republic fails to pay any principal of any of the Bonds when due and payable or fails to pay any interest on any of the Bonds when due and payable and such failure continues for a period of 30 days; or

(d)    a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

1993 Bond Form at pp. 7-8.

10.    The 1993 Bond Form further provides that following either of the foregoing Events of Default, a note holder, such as myself, may give Argentina written notice and declare "the principal amount of the Bonds to be due and payable immediately," together with all accrued interest. *See* 1993 Bond Form at p. 8.

11.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.



12.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

13.    By letters dated December 19, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the 2003 Bonds and the Bonds to be due and payable.  Copies of these letters are annexed hereto as Exhibits 4 and 5.

14.    Since then, Argentina has failed to make any payment of principal or interest to my son and me.

15.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 14, 2008

SILVIA BEATRIZ OVEJERO

# EXHIBIT 1

IX 552

# UBS

UBS FINANCIAL SERVICES INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

AFG600053532 1 0308 X26 IX  0

**Account name:** SILVIA B OVEJERO AND
DAVID DE LAFUENTE JTWROS

**Account number:**  IX  35464 YA

**Your Financial Advisor:**
ZSAN JUAN HOUSE
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
, Did you know you can nickname your
account? Log onto Online Services, click
Customize and then Name your account.
Contact your FA for more information.

# Investment Account
March 2008

SILVIA B OVEJERO AND
DAVID DE LAFUENTE JTWROS
(SPECIAL ACCOUNT)

## Value of your account

|  | on February 29 ($) | on March 31 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Account summary

|  | % of portfolio | Value on March 31 ($) |
|---|---|---|
| Equities | | |
| Fixed income | | |
| **Total assets** | | |

**Member SIPC**

AFG600020005353 21 FG600015 3509 00001 0308X26 0000000 0 IX YA

# UBS

**Investment Account**
March 2008

**Account name:** SILVIA B OVEJERO AND
**Account number:** JX 35464 YA

**Your Financial Advisor:**
ZSAN JUAN HOUSE
787-250-3600/800-221-9825

## Your assets (continued)

| Quantity/ Face value | Holding | Contact premium | Price on Mar 31 ($) | Value on Mar 31 ($) | Est. income ($) |
|---|---|---|---|---|---|
| 51,000 | REPUBLIC ARGENTINA B/E FOREIGN SECURITY RATE 12.000% MATURES 06/19/31 FLAT CURRENT PAR VALUE   $4,060 | | 29.440 | 15,915.26 | |

RESEARCH RECOMMENDATIONS:   UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/RELATIVE RANKING):

UBS WEALTH MANAGEMENT RESEARCH (ABSOLUTE/RELATIVE RANKING):   BUY/ OUTPERFORM

UBS INVESTMENT RESEARCH:   BUY RATINGS EXCEPTION $

MATTERHORN GROUP:   BUY

ARGUS FUNDAMENTAL:   HOLD

**Total**

## Research recommendations

UBS Wealth Management Research is written by UBS Global Management & Business Banking, and UBS Investment Bank. Both UBS research providers, which are separate and independent, employ their own ratings systems and methodologies, and may publish research views that are inconsistent with each other. For more information about each research source and ratings definitions, please go to UBS Online Services or ask your Financial Advisor. Independent third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them. Research ratings are as of the end of the statement period. Where UBS has

dropped coverage on a company, ratings are are as of the date coverage was dropped. Independent research will continue to be available for 18 months after UBS dropped coverage. Please consult the independent research website for the most current rating information.

$ Indicates that the rating for this stock may have been placed Under Review by the Wealth Management Research or Investment Research analyst, or may have an exception to the core rating bands by Investment Research.

## Account activity

For more information about the price/value shown for restricted securities, see *Important information about your statement* on the last two pages.

| Date | Activity | Description | Number of shares | Price ($) | Value ($) | Amount ($) |
|---|---|---|---|---|---|---|
| 02/29 | | **Balance forward** | | | | |
| 03/24 | Loan Charge | LOAN INTEREST CHARGED AS OF 03/22/08 | | | | |
| 03/31 | | **Closing balance** | | | | |



# UBS

## Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* on the last two pages of this statement.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Aggressive/Speculative
Secondary - None selected

## Loan summary

| | |
|---|---|
| Opening loan balance on February 22 | ▮ |
| Closing loan balance on March 21 | ▮ |
| Average loan balance | ▮ |
| Loan interest period | February 22 to March 21 |
| Number of loan (debit) days | ▮ |
| Average loan interest rate | ▮ |
| March 2008 loan interest | ▮ |
| Year to date loan interest | ▮ |

## Your assets

Some prices, income and current values shown may be approximate. See *Important information about your statement* on the last two pages for more details.

| Quantity/ Face value | Holding | Contract premium | Price on Mar 31 ($) | Value on Mar 31 ($) | Est. income ($) |
|---|---|---|---|---|---|
| 30,000 | ARGENTINA REP US$ GLOBAL FOREIGN SECURITY RATE 08.375% MATURES 12/2003 FLAT | | 30.000 | 9,000.00 | |
| 115,000 | ARGENTINA REP UNSUB B/E FOREIGN SECURITY RATE 11.000% MATURES 10/09/06 FLAT | | 30.000 | 34,500.00 | |

*continued next page*

AFG6000200035322 FG600015350900001030BX260000000 0.IX.YA

# EXHIBIT 2

# Merrill Lynch



SILVIA BEATRIZ OVEJERO AND
DAVID DE LAFUENTE JTWROS

March 2008 Statement
Primary account: 195-15824
Page 1 of 10

**Questions?**
*Please call your Financial Consultant:*
*Tel: 5982-518-3700*
*Advisory Center*
*3967*

## Net portfolio value as of 31 Mar 2008:

Cash and cash equivalents
Portfolio holdings
Liabilities                                    0

**Net portfolio value in USD**

**Table of contents**

Summaries ...................................... 3
Holdings ........................................ 6
Activity ........................................ 8

**Introduced by:** I.F.E. MERRILL LYNCH BANK (URUGUAY) S.A.
Merrill Lynch does not operate as a banking entity in all jurisdictions. Some services and products may not be available in all jurisdictions.
Your transactions with the International Private Banking Group are conducted through these accounts:
Merrill Lynch, Pierce, Fenner & Smith Incorporated - 195-15824
Merrill Lynch International Bank Limited - 195-15824

# Merrill Lynch

March 2008 Statement
Primary account: 195-15824
Page 6 of 10

## Holdings

### Cash and CMA money accounts

| | MLPF&S account number | Description | Opening balance in trading currency | Interest rate | Closing balance in trading currency | Value in base currency |
|---|---|---|---|---|---|---|
| US Dollars | 195-15824 | Cash | -0.40 | | -0.40 | |

**Total in USD** — 0

### Call deposits[3]

| | Value date | Description | Opening balance in trading currency | Interest | Interest rate | Closing balance in trading currency | Value in base currency |
|---|---|---|---|---|---|---|---|
| US Dollars | | | | | | | |

**Total in USD**

**Total cash & cash equivalents in USD Credit**

### Fixed Income

| | Date acquired | Quantity | Total cost basis | Current market value | Unrealized gain/loss | Accrued interest | Estimated annual income | Current market value in base currency |
|---|---|---|---|---|---|---|---|---|
| US Dollars | | | | | | | | |
| Argentina Republic Unsb Ser BGL4 Glb 11.000% Oct 09 2006 | 26 Oct 00 | 40,000 | 35,620 | 12,440 | -23,180 | | | 12,440 |

**Total** — 12,440 USD

**Total fixed income in USD** — USD 12,440 — 12,440

All securities and other assets, except where indicated by footnotes, are held in account with Merrill Lynch, Pierce, Fenner & Smith Incorporated and protected by SIPC (subject to SIPC coverage limits) unless otherwise noted.
Please see the last page of this statement for exceptions and other important footnotes.

# EXHIBIT 3

XX 552

# LEHMAN BROTHERS

**Your investment representative:**

LEHMAN BROTHERS INC.
ATTN MAILROOM–BABR
70 HUDSON ST
JERSEY CITY NJ 07302
TEL: 54-11-4319-2700

**Brokerage account**
**743-31546**

**Portfolio summary**

| | |
|---|---|
| 3 | Account asset allocation |
| | Change in account value |
| 4 | Tax spotlight |
| | Bulletin board |
| 5 | Fixed income summary |
| 6 | Holdings |
| 7 | Tax lots |

737315746/1919080/1919090
January 1 – March 31, 2008

**Valuation currency: USD**

**Valuation summary:**
**Last period account value**
172,678.21
**This period account value**
146,884.89

*All transaction dates appearing on this statement are settlement dates, unless otherwise labeled.*

page   1 of   7

737315746/1919080/1919090
SILVIA BEATRIZ OVEJERO AND
DAVID DE LAFUENTE JTWROS

## Bulletin board *(continued on pg.4)*

As a registered broker-dealer and futures commission merchant, Lehman Brothers Inc. (LBI) is subject to the Securities and Exchange Commission's Uniform Net Capital Rule 15c3-1 and Rule 1.17 of the Commodity Futures Trading Commission. Under these rules, LBI is required to maintain minimum net capital, as defined, of not less than the greatest of 2% of aggregate debit items arising from client transactions, 8% of customer risk maintenance margin requirements plus 4% of non-customer risk maintenance margin requirements, or 500 million. As of November 30, 2007, LBI had net capital, as defined, of approximately 2.7 billion, which exceeded the minimum net capital requirement by approximately 2.1 billion. As of February 29, 2008, LBI had net capital of approximately 3.3 billion, which exceeded the minimum net capital requirement by approximately 2.5 billion.

For additional information, LBI and Subsidiaries' Consolidated Statement of Financial Condition, as of November 30, 2007, is available at no cost by accessing the Lehman Brothers Website, http://www.lehman.com or https://live.lehman.com, or by calling the toll-free number 1-800-668-8826 and entering extension 50858.

Member SIPC

The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

CC-74331546-N

# LEHMAN BROTHERS

**Brokerage account**
743-31546

73731546/1919080/1919090
January 1 - March 31, 2008

page    6 of    7

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "**" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*
*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Corporate bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| **"ARGENTINA REPUBLIC U GLOBAL BOND CPN RT 12.25 DUE 19 JUN 2018 @ 12.250% ISIN: US040114GG96 DATED DATE 19 JUN 2001 | 405,000 | Not available | | 30.25 | 130,016.39 | | | In cash account Factor: 1.0612500 Moody's CA S&P D |

| International bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| **REPUBLIC OF ARGENTINA DUE 07 APR 2009 @ 11.750% ISIN: US040114BE93 DATED DATE 07 APR 1999 | 55,000 | Not available | | 30.67 | 16,868.50 | | | In cash account Moody's CA S&P D |

Market value (USD)
Accrued int. (USD)

**Total Fixed income**

# EXHIBIT 4

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

> Re: **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our clients, Silvia Beatriz Ovejero and David de Lafuente (together, "Ovejero").

Ovejero is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Ovejero is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
| --- | --- |
| $ 155,000 | US040114AN02 |
| $ 55,000 | US040114BE93 |
| $ 405,000 | US040114GG96 |
| $ 51,000 | US040114GH79 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Ovejero declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Ovejero.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314667.DOC;}

# EXHIBIT 5



# DREIER LLP

**ATTORNEYS AT LAW**

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn. Mr. Stan Burg

   **Re:**  **Notice of Acceleration**

Dear Mr. Burg,

   We write this letter on behalf of our clients, Silvia Beatriz Ovejero and David de Lafuente (together, "Ovejero").

   Ovejero is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "Fiscal Agency Agreement"). In particular, Ovejero is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 30,000 | US040114AH34 |

   Pursuant to pages 7 and 8 of the "Form of the Global Bond", which is annexed as Exhibit 1 to the Fiscal Agency Agreement, we hereby provide the Republic with notice that Ovejero declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Ovejero.

   Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314666.DOC;}

X 550

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
|  | : |  |
| RUDOLF ERB, et al., | : | 07 CV 11495 (TPG) |
| Plaintiff, | : |  |
|  | : | **DECLARATION OF** |
| - against - | : | **EDUARDO HECTOR SORROCHE** |
|  | : | **IN SUPPORT OF MOTION** |
| THE REPUBLIC OF ARGENTINA, | : | **FOR SUMMARY JUDGMENT** |
|  | : |  |
| Defendant. | : |  |
------------------------------------------------------------------------x

EDUARDO HECTOR SORROCHE declares under penalty of perjury as follows:

1.      I am citizen of the Republic of Argentina ("Argentina") and plaintiff in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

2.      As set forth in the Complaint, it cannot be disputed that (i) my wife Susana Alicia Costa, my son Diego Marcos Sorroche, my daughter Veronica Sorroche and I own the bonds upon which we have sued (the "Bonds"); and (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds. Accordingly, summary judgment is appropriate.

3.      My wife Susana Alicia Costa, my son Diego Marcos Sorroche, my daughter Veronica Sorroche and I acquired $388,000 in bonds (ISIN No. XS0043120236) (the "FRB Bonds") issued by Argentina pursuant to the Floating Rate and Bond Exchange

X 550

Agreement dated December 6, 1992 (the "FRB Agreement"[1]), before December 31, 2001. The FRB Bonds are deposited under the name of our bank, ABN AMRO Bank, and have been booked electronically by ABN AMRO Bank in our name. A copy of our most recent account statement, as of April 11, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that we continue to own the FRB Bonds.

4.    Notwithstanding its payment obligations under the FRB Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the FRB Bonds. Prior to that declaration, Argentina had made payments with respect to the FRB Bonds and we are now owed $217,280 with respect thereto.

5.    Since December 2001, Argentina has failed to make the following payments in connection with the FRB Bonds: March 31, 2002 - $31,040, September 30, 2002 - $31,040, March 31, 2003 - $31,040, September 30, 2003 - $31,040, March 31, 2004 - $31,040, September 30, 2004 - $31,040 and March 31, 2005 - $31,040.

6.    Since then, Argentina has failed to make any payment of principal or interest to me.

7.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April  22 nd. , 2008

EDUARDO HECTOR SORROCHE

---

[1]    A copy of the FRB Agreement and its Exhibits are annexed to the Complaint as Exhibits D and E, respectively.

# EXHIBIT 1

XX 550

# ABN AMRO Bank

ABN AMRO Bank N.V.
Sucursal Montevideo
Casa Central
Julio Herrera y Obes 1365
Montevideo - Cod. Postal 11000
URUGUAY

Internet: www.abnamro.com.uy
Casilla de Correo 886
Tel. (598 2) 903 1073
Fax (598 2) 916 3093
SWIFT: ABNAUYMM
Télex: 26613 & 22853
(Answerback: ABNA UY)

**Cliente:** 3917118    SORROCHE EDUARDO HECTOR Y/O COSTA SUSANA ALICIA Y/O SORROCHE DIEGO MARCOS Y/O SORROCHE VERONICA

## POSICION AL: 08-04-11

| Cuenta | Operacion | F.Valor | Venc. | Precio Merc. | Cantidad | Sdo Actual | T.Interes | Interes | Estado |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | XS0043120236 | ▮ | 05-03-31 | ▮ | 388.000,0000 | 388.000,00 | ▮ | ▮ | ▮ |
| 3917118 Total Dolares U.S.A. | | | | | | | | | |

**oducto** ▮
**neda:** 0032  USD  Dolares U.S.A.
NOS - REP ARGENTINA FL.R. FLOAT 31/03/

Fecha/Date: 08-04-11    1:41:15PM    Página/Page:    1 de/of  1    Vigencia/Validity:    08-04-10

', 1.3.00

X 550

# ABN-AMRO BANK

ABN-AMOR Bank N.V
Montevideo Branch
Headquarters
Julio Herrera y Obes 1365
Montevideo – Postal Code 11000
Uruguay

Internet: www.abnamro.com.uy
P.O Box 888
Tel.: (5982) 903-1073
Fax: (5982) 916-3093
SWIFT: ABNAUYMM
Telex: 26619 & 22653
(Answerback: ABNA UY)

CLIENT:    3917118    SORROCHE, EDUARDO HECTOR and/or COSTA, SUSANA ALICIA and / or SORROCHE, DIEGO MARCOS and/or SORROCHE, VERONICA

Position as of 04/11/2008

| Product | Account | Transaction | Value Date | Maturity | Market Price | Amount | Current Balance | Interest Rate | Interest | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| **Currency: 032 USD USA Dollars** | | | | | | | | | | |
| Rep. of Argentina Bonds FL. R. FLOAT 03/31 | 3917118 | XS0043120236 | | 03/31/05 | | 338,000.0000 | 388,000.00 | | | |
| **Total US dollars** | | | | | | | | | | |

V. 1.3.00.    Fecha/Date: 04/11/2008    01:41:15PM    Página/Page:  1 de/of 1    Vigencia/Validity:    04/10/2008

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

RUDOLF ERB, et al.,                          :    07 CV 11495 (TPG)
                                             :
                          Plaintiff,         :    **DECLARATION OF**
                                             :    **CESARE DE IULIIS**
            - against -                      :    **IN SUPPORT OF MOTION**
                                             :    **FOR SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :

-----------------------------------------------------------------------x

CESARE DE IULIIS declares under penalty of perjury as follows:

1.     I am a citizen of Italy and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2.     As set forth in the Complaint, it cannot be disputed that (i) my wife Mirta Beatrice Mandolino and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.     My wife Mirta Beatrice Mandolino and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the

X 548

"1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $124,000 having the

ISIN No. US040114AR16 and CUSIP No. 040114AR1, before December 31, 2001. The Bonds

are deposited under the name of our bank, Antonveneta ABN AMRO, and have been booked

electronically by Antonveneta ABN AMRO in our name. It is my understanding that our bank

only issues account statements every six months. Hence, a copy of our most recent account

statement, dated December 31, 2007, is annexed hereto (with a true and accurate translation

thereof) as Exhibit 1. Further, a copy of a letter from our bank, Antonveneta ABN AMRO, dated

May 9, 2008, is annexed hereto (with a true and accurate translation thereof) as Exhibit 2. The

statement and the letter indisputably show that we continue to own the Bonds.

     4.    Notwithstanding its payment obligations under the Bonds, on or about

December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal

and interest with respect to all of its foreign debt, including all payments due under the Bonds.

     5.    The declaration of the moratorium by Argentina and its failure to pay

interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

     6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically

defines "Events of Default" to include the following:

> (a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

> (d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

---

[1]   A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

X 548

7.     Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.     By letter dated December 19, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the Bonds to be due and payable.  A copy of that letter is annexed hereto as Exhibit 3.

9.     Since then, Argentina has failed to make any payment of principal or interest to my wife and me.

10.     By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: May 9, 2008

_____
CESARE DE IULIIS

# EXHIBIT 1

**Antonveneta**
ABN AMRO

DEPOSITO TITOLI N. 149/    3589964 INT MANDOLINO MIRTA BEATRICE, DE IULIIS CESARE    CONSISTENZA AL 31.12.2007

| COD. TITOLO | COD ISIN | DESCRIZIONE | D./ MONETA C. EMI. | QUANTITA'O VALORE NOMINALE | DEPOSITARIO | MONETA TRAT. | QUOTAZIONE ALLA DATA(1) | CAMBIO | CONTROVALORE IN EURO (2) |
|---|---|---|---|---|---|---|---|---|---|
| 4011416 | US04011AR16 | REP AUGENT 97/17 USD | USD | 124.800,000 | EUROCLEAR BANK SA | USD | 22.502000 | 1.47210 | 25.219,88 |

BANCA ANTONVENETA

(1) TITOLI QUOTATI: PREZZO ALLA DATA DI RIFERIMENTO
TITOLI NON QUOTATI: SE I PREZZO NON E' RILEVABILE
    SI ESPONE "N.R."
CERTIFICATI DI DEPOSITO E BUONI FRUTTIFERI: VALORE NOMINALE
(2) SE LA QUOTAZIONE NON E' RILEVATA (N.R.) L'IMPORTO E' DEPOSITO
INDICATO E' PURAMENTE INDICATIVO E CORRISPONDE AL NOMINALE DEL TITOLO
Si precisa inoltre che per i soli titoli oggetto di sinaltazioni non ancora regolate.

Si conviene che, trascorsi 60 giorni (oltre il tempo ragionevolmente occorrente per l'inoltro) dalla data di invio della presente, senza
che pervenga in codesto Istituto alcun Vostro reclamo scritto, la partitura si intenderà da noi/Loro riconosciuta esatta ed approvata.

# ANTONVENETA
ABN AMRO

**BONDS DEPOSIT No. 149/3589964 – holders MANDOLINO MIRTA BEATRICE, DE IULIIS CESARE – as of 12.31.2007**

| Bond Code | ISIN Code | Details | PC | Issue Currency | Amount or Nominal Value | Depositary | Transaction Currency | Updated Quotation | Exchange | Equivalent Value in Euro |
|-----------|-----------|---------|----|----|----|----|----|----|----|----|
| 4011416 | US040114AR16 | REP ARGENTINA 97/17 USD | | USD | 124,000.000 | EUROCLEAR BANK SA | USD | 33.502000 | 1.47210 | 28,219.88 |
| | | | | | | | | | | |

BANCA ANTONVENETA
*Signature*

# EXHIBIT 2



ROMA, 9 MAGGIO 2008

Seguito Vostra del 5 Maggio u.s., Vi confermiamo che nel deposito titoli n. 3589964 intestato ai Sigg. Mandolino Mirta Beatrice e De Iuliis Cesare, alla data odierna risulta esserci il seguente titolo :

ISIN 040114AR16 -- PER US$ 124,000.00

Porgiamo distinti saluti

BANCA ANTONVENETA
Agenzia A. Roma

**ANTONVENETA**
**ABN AMRO**

ROMA, MAY 9, 2008

As per your request on May 5, we confirm that the bond deposit No. 3589964 registered under the names of Mrs. Mandolino Mirta Beatrice and Mr. De Iuliis Cesare, has the following bond as of this date:

ISIN 040114AR16 – for US$ 124,000.00

Cordially yours,

*Signature*
BANCA ANTONVENETA
Roma Branch

# EXHIBIT 3

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

      Re:    **Notice of Acceleration**

Dear Mr. Burg,

      We write this letter on behalf of our clients, Cesare de Iuliis and Mirta Beatrice Mandolino (together, "Iuliis").

      Iuliis is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Iuliis is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
| --- | --- |
| $ 124,000 | US040114AR16 |

      Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Iuliis declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Iuliis.

            Very truly yours,

            Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles  ·  Stamford  ·  Albany
www.dreierllp.com

{00314662.DOC;}